**GAINES, NOVICK, PONZINI, COSSU & VENDITTI, LLP**
ATTORNEYS AT LAW
11 MARTINE AVENUE, 8TH FLOOR
WHITE PLAINS, NEW YORK 10606
(914) 288-9595
Fax (914) 288-0850
*Service Not Accepted by Fax*

210 Main Street
Goshen, New York 10924

**Denise M. Cossu**
E-mail: dcossu@gainesllp.com
Direct Dial: (914) 831-6248

*Please send all correspondence to White Plains Office*

June 19, 2015

**VIA ECF**
Clerk's Office
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, N.Y. 10007

Attn: Deborah Holmes, Case Manager

    Re:    Dancy v. McGinley - Dkt. No. 15-140 (Lead)
             15-1876 (Condolidated) and 15-1950 (Cross-Appeal)

Dear Ms. Holmes:

    This firm represents the defendant Gregg McGinley with respect to Docket No. 15-140 (Lead) and 15-1876 (Consolidated). We also represent the defendant/appellee John Williams in the cross-appeal (Docket No. 15-1950) in the above referenced matter.

    Pursuant to the Local Rules, we wish to advise the Court that we will be submitting our brief /joint appendix on or before September 18, 2015, which is within 91 days of the filing of Forms C & D. Thank you for your time and consideration.

    If you have any questions, please do not hesitate to contact our office.

Respectfully,

*Denise M. Cossu*
Denise M. Cossu

DMC/bh
cc: Christopher Watkins, Esq.