# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of September, two thousand and fifteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

_____

| | |
|---|---|
| Jarquez Dancy, | |
| Plaintiff-Appellee-Cross-Appellant, | **ORDER** |
| | Docket Nos. 15-140(L) |
| Jayvon Elting, | 15-1876(Con) |
| | 15-1950(XAP) |
| Plaintiff-Appellee, | |
| v. | |
| Police Officer Gregg McGinley, | |
| Defendant - Appellant, | |
| Police Officer John Williams, | |
| Defendant-Appellee. | |

_____

Appellee-Cross-Appellant Jarquez Dancy and Appellee Jayvon Elting move for leave to adjust the briefing schedule so that their brief is due December 18, 2015.

IT IS HEREBY ORDERED that the motion is GRANTED. The clerk is instructed to treat this case as ready for calendaring as of December 18, 2015 whether or not appellees' brief has been filed. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                      For the Court:

                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

